IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SAMUEL YOUNG**                                                                    **PLAINTIFF**

**v.**                         **No. 4:23CV221-JMV**

**MSP PARCHMAN STATE PRISON, ET AL.**                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) The motion [29] by the defendant for summary judgment is **GRANTED**;

(2) The plaintiff's motions [32], [36] for summary judgment are **DENIED**; and

(3) The instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 2nd day of May, 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE